**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARY SWEARINGEN,

        Plaintiff,

v.                                              Case No:   6:24-cv-2328-PGB-LHP

PROGRESSIVE EXPRESS
INSURANCE COMPANY,

        Defendant

**ORDER**

This cause comes before the Court following a hearing (Doc. Nos. 33, 36) on the following motions filed herein:

> **MOTION:**  PROGRESSIVE EXPRESS INSURANCE COMPANY'S MOTION TO COMPEL AND MOTION FOR *IN-CAMERA* INSPECTION OF DOCUMENTS WITHHELD ON JEFFREY M. BYRD'S PRIVILEGE LOG (Doc. No. 29)
>
> **FILED:**     May 21, 2025
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part and DENIED in part**.

> **MOTION:** **PROGRESSIVE EXPRESS INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER (Doc. No. 31)**
>
> **FILED:** **June 5, 2025**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Pursuant to prior notice, *see* Doc. No. 33, a hearing was held with counsel today, June 26, 2025, on the above-styled motions. Doc. No. 36. Following argument of counsel, and for the reasons set forth on the record at the hearing, it is **ORDERED** as follows:

1. Progressive Express Insurance Company's Motion to Compel and Motion for *In-Camera* Inspection of Documents Withheld on Jeffrey M. Byrd's Privilege Log (Doc. No. 29) is **GRANTED in part and DENIED in part**. Defendant's request for *in camera* inspection is **GRANTED**, as the materials were previously submitted to the Court for *in camera* review. *See* Doc. No. 34. Following *in camera* inspection, the motion is further **GRANTED** to the extent that certain of the withheld documents must be produced. *See Humbertson v. Progressive Select Ins. Co.*, No. 8:23-cv-1709-MSS-AAS, 2024 WL 3426856 (M.D. Fla. July 15, 2024); *Robles v. GEICO Indem. Co.*, No. 8:19-cv-1293-T-60AAS, 2020 WL 1529968 (M.D. Fla. Mar. 31, 2020). It is **ORDERED** that within **ten (10) days** of the date of this Order, Plaintiff shall produce to Defendant the following:

    a. The first three sentences of the first page of document Bates Nos. SDT Byrd 0621 – 0627.   The remainder shall be redacted as privileged.

    b. Bates Nos. SDT Byrd 0628 - 0629.

    c. The first three sentences of the first page of document Bates Nos. SDT Byrd 0634 – 0640.   The remainder shall be redacted as privileged.

    d. Bates Nos. SDT Byrd 0641 – 0643.

    e. Bates Nos. SDT Byrd 0645 – 0647.

2. Progressive Express Insurance Company's Motion to Compel and Motion for *In-Camera* Inspection of Documents Withheld on Jeffrey M. Byrd's Privilege Log (Doc. No. 29) is **DENIED in all other respects**.

3. Progressive Express Insurance Company's Motion for Protective Order (Doc. No. 31) is **GRANTED**.   The depositions noticed by Plaintiff of Susan Soard for July 28, 2025 at 10:00 a.m. and Morris Steele on July 30, 2025 at 10:00 a.m. (Doc. No. 31-2) are hereby **CANCELED**.

4. Counsel are reminded of their obligation to engage in civil and cooperative discovery.   Middle District Discovery (2021) § (I)(A)(1).

**DONE** and **ORDERED** in Orlando, Florida on June 26, 2025.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties